# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven Turner  
<u>Debtor(s)</u>

CHAPTER 7

BKY. NO. 23-10093 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**  
Brian Nicholas  
08 Mar 2023, 07:19:31, EST

Brian C. Nicholas, Esq. (317240) ☑  
Denise Carlon, Esq. (317226) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com